1026

No. 71–555. McINTYRE v. UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE REHNQUIST took no part in the consideration or decision of this petition.

No. 71–567. ARREDONDO v. UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE MARSHALL are of the opinion that certiorari should be granted.

No. 71–5444. CARLOUGH v. RICHARDSON, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition.

No. 71–5447. BEALE v. UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE MARSHALL is of the opinion that certiorari should be granted.

No. 1593, October Term, 1970. SOCIETE INDUSTRIES MECHANIQUES ALLIES v. LEWIS, U. S. DISTRICT JUDGE, 403 U. S. 905; and

No. 71–388. HALCON INTERNATIONAL, INC. v. MONSANTO AUSTRALIA LTD., ante, p. 949. Motions for leave to file petitions for rehearing denied.

No. 70–97. NORFOLK & WESTERN RAILWAY Co. v. NEMITZ ET AL., ante, p. 37;

No. 70–5164. GUNSTON v. SUPERIOR COURT, COUNTY OF ALAMEDA, CALIFORNIA, ante, p. 819;

No. 70–5295. PATTILLO v. WILSON ET AL., ante, p. 955;

No. 71–264. BOOTH v. LEMONT MANUFACTURING CORP. ET AL., ante, p. 916; and

No. 71–398. THOMPSON ET UX. v. CLARK ET AL., ante, p. 984. Petitions for rehearing denied.